# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DHC CORPORATION and DHC USA INCORPORATED, | : | Civil Action No. 1:24-CV-02245 |
| Plaintiffs, | : | |
| v. | : | |
| FORAH, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW,** on this 6th day of November, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiffs' motion for default judgment, Doc. 28, is **GRANTED**. Defendant is hereby permanently enjoined from using or otherwise infringing on Plaintiffs' "DEEP CLEANSING OIL" trademark in connection with any of the following:

1. Facial cleansers, make-up removers, or related goods, services, and/or businesses;

2. Any online activity or social media accounts; or

3. Any other conduct that causes, or is likely to cause, confusion as to the affiliation of Defendant's goods or services with DHC or its "DEEP CLEANSING OIL" trademark.

The Clerk of Court shall enter judgment in Plaintiffs' favor and close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania